# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2431

_____

Joseph J. Koncel,

        Appellant,

v.

John F. Ault; Michael Lambert,
Captain; Richard Zimmerman,

        Appellees.

\*       Appeal from the United States
\*       District Court for the Northern
\*       District of Iowa.
\*            [UNPUBLISHED]

_____

Submitted: February 4, 2003

Filed: February 7, 2003

_____

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Joseph J. Koncel appeals the district court's[1] pre-service dismissal of his 42 U.S.C. § 1983 complaint, and the subsequent denial of his request for reconsideration. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons explained by the district court, and that the court did not abuse its discretion in denying Koncel's motion for reconsideration.

_____

[1]The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.

Accordingly, the judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.